(Reap. Dec. 9844)

WILLIAM SHALAND ET AL. *v*. UNITED STATES

Entry No. 783090–1/2, etc.

(Decided November 17, 1960)

*Siegel, Mandell & Davidson* for the plaintiffs.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: The proper dutiable value of certain metal articles covered by the appeals for a reappraisement enumerated in the schedule, attached to and made part of the decision herein, is before the court for determination.

The parties hereto have entered into a stipulation of fact wherein it has been agreed as follows—

IT IS STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the merchandise and the issues in the Appeals to Reappraisement listed in the Schedule attached hereto and made a part hereof are the same in all material respects as the merchandise and the issues decided in the case of *Paramount Import Co., Inc., et al. v. United States*, Reap. Dec. 9697, and that the record in said case be incorporated and made a part of the record herein.

IT IS FURTHER STIPULATED AND AGREED that the appraised values of the merchandise covered by the Appeals to Reappraisements enumerated herein, less the additions made by the importer on entry because of advances by the Appraiser in similar cases, is equal to the market value or the price at the time of exportation of such merchandise to the United States, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States including the cost of all containers and coverings of whatever nature and all other costs, charges and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, and that there was no higher foreign value for such or similar merchandise.

IT IS FURTHER STIPULATED AND AGREED that the cases may be submitted on the foregoing stipulation.

Upon the agreed facts before the court, I find and hold that export value, as that value is defined in section 402(d) of the Tariff Act of 1930 (19 U.S.C. § 1402(d)), is the proper basis of value for the articles in issue, and that said value is the appraised values of the merchandise, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will issue accordingly.